LANGLEY v. R. J. REYNOLDS TOBACCO CO.

No. 46P89.

Case below: 92 N.C. App. 327.

Petition by defendant and third-party plaintiff (Kane, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989. Petition by defendant (Tobacco Co.) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

LOWDER v. ALL STAR MILLS

No. 90P89.

Case below: 92 N.C. App. 598.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 dismissed 4 May 1989.

McGLADREY, HENDRICKSON & PULLEN v.
    SYNTEK FINANCE CORP.

No. 128P89.

Case below: 92 N.C. App. 708.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

RUFFIN WOODY AND ASSOCIATES v. PERSON COUNTY

No. 14P89.

Case below: 92 N.C. App. 129.

Motion by plaintiff for reconsideration of the petition to review the decision of the Court of Appeals dismissed 4 May 1989.

STATE v. CANNON

No. 113P89.

Case below: 92 N.C. App. 383.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 May 1989.